# UNITED STATES PROBATION OFFICE
## EASTERN DISTRICT OF NORTH CAROLINA

**James L. Corpening, Jr.**
**Chief U.S. Probation Officer**



150 Rowan Street, Suite 110
Fayetteville, NC 28301-5730
910-354-2537
Fax: 910-483-2690

**DATE:** May 3, 2017

**FROM:** Eddie J. Smith
Supervising U.S. Probation Officer

**SUBJECT:** HARMON, Corey
Case No.: 7:08-CR-88-1BO
<u>Request for Early Termination</u>

**TO:** Terrence W. Boyle
U.S. District Judge

On May 12, 2009, pursuant to a guilty plea to Conspiracy to Manufacture, Distribute, Dispense, and Possess With the Intent to Distribute 500 Grams or More of a Mixture and Substance Containing Methamphetamine, and Possession of a Firearm in Furtherance of a Drug Trafficking Crime, Corey Harmon appeared in United States District Court for the Eastern District of North Carolina, and was sentenced to 90 month imprisonment to be followed by 5 years supervised release.

The defendant was released from custody on February 23, 2015, and began his supervision in the Eastern District of North Carolina.

He has performed satisfactorily on supervision. He has submitted to DNA testing, all drug screens have been negative, and he has been on low intensity supervision since April 2016. His term of supervision is set to expire on February 22, 2020.

The probation office is requesting early termination. The U.S. Attorney's Office has been contacted and input was requested; however, we have not received a response and do not know if they concur with our recommendation or object to the same. Please indicate the court's preference by marking the appropriate selection below.

☒ I agree with the recommendation and have signed the enclosed Order.
☐ I disagree with the recommendation. I will reconsider in one year.
☐ I disagree with the recommendation. The defendant must serve the entire term of supervision.

_Terrence W. Boyle_     5-3-17
Terrence W. Boyle     Date
U.S. District Judge

# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA

**UNITED STATES OF AMERICA**

v.   Crim. No. 7:08-CR-88-1BO

**COREY HARMON**

On February 23, 2015, the above named was released from prison and commenced a term of supervised release for a period of 60 months. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Eddie J. Smith  
Eddie J. Smith  
Supervising U.S. Probation Officer  
310 Dick Street  
Fayetteville, NC 28301-5730  
Phone: 910-354-2537  
Executed On: May 3, 2017

### ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this __3__ day of __May__, 2017.

Terrence W. Boyle  
U.S. District Judge